**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| ROOFERS LOCAL NO. 20 | ) | |
| HEALTH AND WELFARE FUND, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1206-CV-W-FJG |
| | ) | |
| MEMORIAL HERMANN HOSPITAL | ) | |
| SYSTEM, et al., | ) | |
| Defendants. | ) | |

### ORDER

Pending before the Court are Defendants Memorial Hermann Hospital System and Memorial Hermann Continuing Care Hospital's Revised Objections to Plaintiff's Proposed Deposition Designations (Doc. No. 117). The Court rules as follows:

**Deposition of Kevin L. Sullins**

| PROPOSED DESIGNATION | OBJECTION | |
|---|---|---|
| P. 10, lines 12-25 | Irrelevant | |
| | RULING: | OVERRULED |
| P. 11, lines 1-25 | Irrelevant | |
| | RULING: | OVERRULED |
| P. 12, lines 1-15 | Irrelevant | |
| | RULING: | OVERRULED |
| P. 38, lines 16-23 | Hearsay | |
| | RULING: | SUSTAINED |
| P. 62, lines 16-25 | Hearsay | |
| | RULING: | SUSTAINED |
| P. 63, lines 1-25 | Hearsay | |
| | RULING: | SUSTAINED |
| P. 76, lines 22-25 | Irrelevant | |

|  |  |
|---|---|
|  | RULING: SUSTAINED |
| P. 77, lines 1-17 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 78, lines 1-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 79, lines 1-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 80, lines 1-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 81, lines 1-21 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 82, lines 14-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 83, lines 1-4 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 84, lines 1-5 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 85, lines 13-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 86, lines 22-25 | Irrelevant, FRE 404<br>RULING: SUSTAINED |
| P. 93, lines 2-6 | Irrelevant<br>RULING: SUSTAINED |
| P. 107, lines 1-3 | Incomplete Offer<br>RULING: SUSTAINED |
| P. 114, lines 10-25 | Irrelevant<br>RULING: SUSTAINED |
| P. 115, lines 1-25 | Irrelevant<br>RULING: OVERRULED |
| P. 116, line 1 | Irrelevant |

|  |  |  |
|---|---|---|
|  | RULING: | OVERRULED |
| P. 129, lines 10-25 | Irrelevant | |
|  | RULING: | OVERRULED |
| P. 130, lines 1-10 | Irrelevant | |
|  | RULING: | OVERRULED |
| P. 139, lines 2-4 | Irrelevant | |
|  | RULING: | SUSTAINED |
| P. 139, lines 10-25 | Irrelevant | |
|  | RULING: | SUSTAINED |
| P. 140, lines 1-5 | Irrelevant | |
|  | RULING: | SUSTAINED |

**IT IS SO ORDERED.**

Date: __5/30/07____  
Kansas City, Missouri

S/ FERNANDO J. GAITAN, JR.  
Fernando J. Gaitan, Jr.  
Chief United States District Judge